■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES JACKSON, Petitioner, v EUGENE S. LeFEVRE, as Superintendent of Clinton Correctional Facility, Respondent.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied *(see, People ex rel. Davis v Coombe,* 97 AD2d 667). Casey, J. P., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.